# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.
KYLE WILLIAM SPITZE
Defendant(s)

Case No. 3:24-MJ-2065

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 1, 2023 to Present in the county of Blount in the Eastern District of Tennessee, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Jason Stewart, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Jason Stewart, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/21/2024

[signature]
*Judge's signature*

City and state: Knoxville TN

Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*