

FILED

MAR 20 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-CR-**25** |
| ) | |
| KYLE WILLIAM SPITZE, ) | JUDGES **Varlan/McCook** |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (PRODUCTION OF CHILD PORNOGRAPHY)

On or about July 22, 2023, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did knowingly employ, use, persuade, induce, entice, and coerce a minor, V1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct that the defendant knew or had reason to know that such visual depiction would be mailed or transported across state lines or in foreign commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO
### (PRODUCTION OF CHILD PORNOGRAPHY)

Further, on or about July 28, 2023, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did knowingly employ, use, persuade, induce, entice, and coerce a minor, V1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct that the defendant knew or had reason to know that such visual depiction would be mailed or transported across state lines or in foreign commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
## (ENTICEMENT)

Further, on or about October 6, 2023, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** using a facility or means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Rape of a Child pursuant to Tennessee Code Section 39-13-522, the unlawful sexual penetration of a victim by the defendant, if the victim is more than eight (8) years of age but less than thirteen (13) years of age, in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
## (DISTRIBUTION OF ANIMAL CRUSHING VIDEOS)

Further, on or about July 24, 2023, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did unlawfully and knowingly abet and distribute an animal crush video, to wit: decapitation of a live white chicken, the video is 22 seconds in length in and using the internet, a means and facility of the interstate and foreign commerce in violation of Title 18, United States Code, Sections 48 and 2.

## COUNT FIVE
## (DISTRIBUTION OF ANIMAL CRUSHING VIDEOS)

Further on or about July 24, 2023, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did unlawfully and knowingly abet and distribute an animal crush video, to wit: decapitation of a live black and white chicken, the video is 41 seconds in length in and using the internet, a means and facility of the interstate and foreign commerce in violation of Title 18, United States Code, Sections 48 and 2.

## COUNT SIX
## (DISTRIBUTION OF ANIMAL CRUSHING VIDEOS)

Further charges that from on or about July 25, 2023, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did unlawfully and knowingly abet and distribute an animal crush photograph, to wit: decapitation of a brown chicken with its entrails spelling out "crim" in and using the internet, a means and facility of the interstate and foreign commerce in violation of Title 18, United States Code, Sections 48 and 2.

## COUNT SEVEN
## (POSSESSION OF AND ACCESS WITH INTENT
## TO VIEW CHILD PORNOGRAPHY)

Further charges that on or about February 10, 2024, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did knowingly possess material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT EIGHT
## (PRODUCTION OF CHILD PORNOGRAPHY)

On or about February 10, 2024, the exact date unknown, within the Eastern District of Tennessee, defendant **KYLE WILLIAM SPITZE** did knowingly employ, use, persuade, induce, entice, and coerce a minor victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct that the defendant knew or had reason to know that such visual depiction would be mailed or transported across state lines or in foreign commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

# FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One, Two, Three, Seven and Eight of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253 and 2428.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251 and/or 2252A, the defendant, **KYLE WILLIAM SPITZE**, shall forfeit to the United States of America his interests in the following:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. This property to be forfeited includes, but is not limited to, the following:

   Black Apple iPhone 11, SN: FFYGXTDHN721, IMEI: 357838492062684 seized from defendant on or about February 10, 2024.

4. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b), the defendant, **KYLE WILLIAM SPITZE**, shall forfeit to the United States of America his interests in any property, real or personal used or intended to be used to commit or to facilitate the

4

commission of the violation and/or any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2422(b), including but not limited to:

> Black Apple iPhone 11, SN: FFYGXTDHN721, IMEI: 357838492062684 seized from defendant on or about February 10, 2024.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

*/s/ Jennifer Kolman*
Jennifer Kolman
Assistant United States Attorney