# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-CR-25-TAV-JEM-1 |
| | ) |
| KYLE WILLIAM SPITZE, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PUBLICATION

In accordance with Title 21, United States Code, Section 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), notice of the forfeiture was posted on the official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 28, 2024, and ending on January 26, 2025, as evidenced by Exhibits "A" and "B" attached hereto.

Executed on January 30, 2025 at Knoxville, Tennessee.

                                                  Respectfully submitted,

                                                  FRANCIS M. HAMILTON III
                                                  United States Attorney

By:    *s/Jennifer Kolman*
        JENNIFER KOLMAN
        Assistant United States Attorney
        GA Bar No. 427930
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        jennifer.kolman@usdoj.gov
        (865) 545-4167