UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:24-CR-25-TAV-JEM-1 |
| KYLE WILLIAM SPITZE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is defendant's Second Motion to Continue Deadline to File Objections to Presentence Investigation Report [Doc. 47]. As in his first motion, defendant states that his counsel, the government, and the probation officer are in discussion as to potential objections to the PSR, but they require additional time to discuss those issues [*Id.*]. Defendant notes that the Court previously extended the deadline to file objections to July 31, 2025, but states that the process of preparing his objections will not be complete by that deadline.

The PSR was disclosed in this case on June 24, 2025 [Doc. 44]. The deadline for objections was therefore July 8, 2025. However, on July 8, 2025, defendant filed his first motion for an extension [Doc. 45], and the Court extended the deadline to July 31, 2025 [Doc. 46]. With this extension, defendant had 37 days, well beyond the typical 14 days, to respond to the PSR. Defendant now suggests that at least two additional weeks is necessary to prepare objections to the PSR [Doc. 47].

In light of the lack of opposition, the Court will **GRANT** defendant's motion [Doc. 47]. However, to facilitate the Court's review of the objections prior to the sentencing hearing, the Court will only permit a limited extension from the current deadline of July 31 for filing of

defendant's objections.  Accordingly, the parties shall have up to and including **Monday, August 11, 2025**, to file any objections to the PSR.  *Absent extraordinary circumstances, no additional extensions will be granted.*

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE