# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-CR-25 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| KYLE WILLIAM SPITZE | ) | |

## NOTICE OF NO OBJECTION TO THE
## REVISED PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report, and states that having reviewed the Revised Presentence Investigation Report (RPSR) [Doc. 50] prepared by Robert Scott Queener, United States Probation Officer, the government has no objection thereto.

It is also the understanding of the United States that the probation officer intends to add an addendum to the RPSR that the Justice for Victims of Trafficking Act or 2015 was reinstated on November 12, 2025, and as such it will be added back into the RPSR. The United States does not object to this being reinstated into the RPSR.

Additionally, the United States and the attorney for the defendant did not file objections to the initial Presentence Investigative Report (PSR). This case had a large amount of information that was parsed through by all parties and probation. When the PSR came out, both parties reviewed the PSR individually. Additionally, the lead agent on the case, FBI SA Jason Stewart met with counsel for the defense to review specific issues in the PSR to ensure the accuracy of material contained therein. Subsequently the parties convened after individually reviewing the PSR and discussed specific information contained in the PSR that the parties believed should be removed and/or added. Issues were resolved and some not, but all were

presented to the PSR writer, Robert Scott Queener for his consideration.  The RPSR is the result

of those communications in addition to updated information provided by probation.  It is

anticipated that the defendant will also be filing objections to the RPSR.

Respectfully submitted this 9th day of December 2025.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By:     *s/ Jennifer Kolman*
        Jennifer Kolman
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167