UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:24-CR-25-TAV-JEM-1 |
| KYLE WILLIAM SPITZE, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is presently set for sentencing on Thursday, January 8, 2026. Recently, the United States Probation Office filed a revised presentence investigation report [Doc. 50] and defendant filed objections [Doc. 55]. In light of these recent filings, additional time is needed to allow the parties to fully brief these objections and prepare for sentencing. Accordingly, the sentencing hearing, scheduled for Thursday, January 8, 2026, is hereby **CANCELLED**. The sentencing hearing will be reset by separate order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE