UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )     No.:   3:24-CR-25-TAV-JEM
)
KYLE WILLIAM SPITZE, )
)
Defendant. )

## **ORDER**

Due to a scheduling conflict, the Court cannot proceed with the presently scheduled sentencing hearing date.  Accordingly, the sentencing hearing, currently scheduled for June 29, 2026, is **CANCELLED** and **RESET** for **Tuesday, August 18, 2026, at 10:00 a.m.**  Additionally, after a review of the objections to the presentence report, the Court finds that bifurcation of this sentencing hearing is unnecessary.  Accordingly, the parties **SHALL** be prepared to address any objections, as well as the appropriate sentence, at the August 18, hearing.  The parties are hereby **ORDERED** to file any remaining sentencing memoranda no later than **10 days from the date of this order**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE