**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-25 |
| | ) | VARLAN/McCOOK |
| | ) | |
| KYLE WILLIAM SPITZE, | ) | |

## REPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

Comes the defendant, Kyle Spitze, by and through counsel and submits this Response to the Government's Supplemental Sentencing Memorandum [Doc. 68].

After the local deadline for filing material in support of sentencing, the government filed on August 3, 2026 a "Supplemental Sentencing Memorandum" [Doc. 68]. That same day, the government provided, for the first time, records that purport to support the outlandish claims contained in this supplemental filing. Undersigned counsel was out of the country on this date, did not fully return to the office until five days ago, and was unable to review these materials with the defendant until today, August 15, 2026.

Although this response may be overdue, it will be short and simple: The defendant objects to every single thing in the government's supplement. Everything. The level of government hyperbole has now, hopefully, reached a final pitch. The defendant disputes all claims in the government's memorandum, and hereby places the government and the Court on notice that he demands strict proof of every assertion therein.

Respectfully submitted this 15th day of August, 2026.

KYLE WILLIAM SPITZE

By: /s/ Jonathan D. Cooper

Jonathan D. Cooper (#016041)
WHITT, COOPER, HEDRICK & WOJCIK
Attorney for Defendant
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
(865) 524-8106
cooper@knoxdefense.com