# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No. 3:24-CR-25 Date: August 19, 2026

United States of America vs. Kyle William Spitze

**PROCEEDINGS: Sentencing Hearing.**

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| | | |
|---|---|---|
| Julie Norwood<br>**Deputy Clerk** | Kara Nagorny<br>**Court Reporter** | Scott Queener<br>**Probation Officer** |
| Jennifer Kolman<br>**Asst. U.S. Attorney** | | Jonathan Cooper<br>**Attorney for Defendant** |

**JUDGMENT OF THE COURT:**

- **Imprisonment of 924 months.** This sentence consists of 360 months as to each of Counts 1 and 8; 84 months as to Count 6; and 120 months as to Count 7 all such terms to run consecutively for an effective sentence of 924 months.
- Followed by Life of Supervised Release.
- Special Assessment in the amount of $400.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- The court recommends 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program and a Mental Health Evaluation and any treatment deemed necessary. It is further recommended that the defendant be designated to Coleman.
- Defendant to remain in the custody of the United States Marshal pending designation.

2:10 p.m. to 3:00 p.m.